ACUSADO Y APELANTE.—Arecibo. Acometimiento y agresión grave. Marzo 15, 1920. *Confirmada.*

No. 22. RODRÍGUEZ, PROMOVENTE, *v.* HON. LUIS CAMPILLO, JUEZ DE DISTRITO.—San Juan, Sección Segunda. Auto inhibitorio. Marzo 15, 1920. *Sin lugar.*

No. 2160. CARDOSA ET AL., DEMANDANTES Y APELADOS, *v.* RAMÍREZ, DEMANDADO Y APELANTE.—Rescisión de contrato de arrendamiento. Mayagüez. Marzo 25, 1920. *Desistida.*

No. 2208. SOLÁ, DEMANDANTE Y APELADA, *v.* SOLÁ, DEMANDADA Y APELANTE. — Alimentos provisionales. Humacao. Marzo 25, 1920. *Desistida.*

No. 2137. RODRÍGUEZ, DEMANDANTE Y APELADO, *v.* CASTRO, DEMANDADO Y APELANTE.—Daños y perjuicios. (Nuevo Juicio.) Mayagüez. Marzo 25, 1920. *Desistida.*

No. 281. RIVERA, PETICIONARIO, *v.* HON. LUIS CAMPILLO, JUEZ DE DISTRITO, DEMANDADO.—San Juan, Sección Primera. *Certiorari.* Marzo 26, 1920. *Sin lugar.*

No. 283. DÍAZ, PETICIONARIO, *v.* HON. LUIS CAMPILLO, JUEZ DE DISTRITO, DEMANDADO. — *Certiorari.* San Juan, Sección Primera. Marzo 29, 1920. *Sin lugar.*

No. 282. BOERMAN, *nee* MARÍA L. FORDHAM, PETICIONARIA, *v.* HON. D. SEPÚLVEDA, JUEZ DE DISTRITO.—Ponce. *Certiorari.* Marzo 30, 1920. *Sin lugar.*

No. 284. RODRÍGUEZ, PETICIONARIO, *v.* HON. E. LLOREDA, JUEZ DE DISTRITO, DEMANDADO.—Arecibo. *Certiorari.* Marzo 30, 1920. *Sin lugar.*

No. 2205. SUCESIÓN PARRA, PROMOVENTE, *v.* MARTÍNEZ, APELADO.—San Juan, Sección Primera. Dominio. Marzo 30, 1920. *Desestimada.*

No. 1481. EL PUEBLO, APELADO, *v.* TORRUELLA, APELANTE — Infracción de la Ley de Arbitrios. Marzo 30, 1920. *Confirmada.*

No. 1500. EL PUEBLO, APELADO, *v.* ORTIZ, APELANTE.—Acometimiento y agresión con agravantes. San Juan, Sección Segunda. Abril 6, 1920. *Desistida.*

No. 286. RODRÍGUEZ, PETICIONARIO, *v.* LLOREDA, JUEZ DE